B6D (Official Form 6D) (12/07)

In re  Arthur S Alvarado, Jr.,          Case No. __12-23998-rdd__
       Patty Alvarado
_____,
                        Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>Capital One <br>P.O. Box 21887 <br>Eagan, MN 55121 | | J | Mortgage <br><br>150 Broad Brook Road <br>Bedford Hills, NY 10507 <br><br>Value $ 1,800,000.00 | | | | 1,634,099.00 | 0.00 |
| Account No. xxxxx xxxxx/2011 <br><br>Discover Bank <br>c/o Forster & Barbus LLP <br>60 Motor Parkway, PO Box 9030 <br>Commack, NY 11725-9030 | | W | 9/2/2011 <br><br>Judgment Lien <br><br>150 Broad Brook Road <br>Bedford Hills, NY 10507 <br><br>Value $ 1,800,000.00 | | | | 17,000.00 | 17,000.00 |
| Account No. 5782 <br><br>Wells Fargo Bank, N.A. <br>P.O. Box 536205 <br>Atlanta, GA 30353-6205 | | J | 2005 <br><br>Equity Line 1 <br><br>150 Broad Brook Road <br>Bedford Hills, NY 10507 <br><br>Value $ 1,800,000.00 | | | | 100,000.00 | 0.00 |
| Account No. 6667 <br><br>Wells Fargo Bank, N.A. <br>P.O. Box 536205 <br>Atlanta, GA 30353-6205 | | J | 2007 <br><br>Equity Line 2 <br><br>150 Broad Brook Road <br>Bedford Hills, NY 10507 <br><br>Value $ 1,800,000.00 | | | | 200,000.00 | 134,099.00 |
| __0__ continuation sheets attached | | | Subtotal <br>(Total of this page) | | | | 1,951,099.00 | 151,099.00 |
| | | | Total <br>(Report on Summary of Schedules) | | | | 1,951,099.00 | 151,099.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  Arthur S Alvarado, Jr.,
       Patty Alvarado
                                                                    Debtors

Case No. __12-23998-rdd__

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx xx 0018 <br><br> Advanta Bank Corp. <br> P.O. Box 8088 <br> Philadelphia, PA 19101-8088 | | J | Business Debt | | | | 19,718.19 |
| Account No. xxxx-xxxxxx-x2004 <br><br> American Express <br> P.O. Box 1270 <br> Newark, NJ 07101-1270 | | J | Business Debt | | | | 9,167.80 |
| Account No. xxxx-xxxxxx-x3004 <br><br> American Express <br> P.O. Box 1270 <br> Newark, NJ 07101-1270 | | J | Consumer Purchases | | | | 2,485.94 |
| Account No. 2363 <br><br> Capital One Bank (USA), N.A. <br> P.O. Box 71083 <br> Charlotte, NC 28272-1083 | | H | 1999 <br> Judgment/Business Debt | | | | 7,482.75 |
| __2__  continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 38,854.68 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Arthur S Alvarado, Jr.,
        Patty Alvarado

Case No. __12-23998-rdd__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx xx 6355<br><br>Chase<br>Cardmember Service<br>P.O. Box 15548<br>Wilmington, DE 19886-5548 | | H | Business Debt | | | | 18,061.07 |
| Account No. xxxxxx xx 2053<br><br>Chase<br>Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | | H | Consumer Purchases | | | | 10,531.08 |
| Account No. 3449<br><br>Discover Bank<br>P.O. Box 71084<br>Charlotte, NC 28272-1084 | | H | 2002<br>Consumer Purchases | | | | 4,435.19 |
| Account No. xxxxxxx-xx082N<br><br>NewYork-Presbyterian Hospital<br>PO Box 3475<br>Toledo, OH 43607 | | W | Medical Services | | | | 1,005.84 |
| Account No. xxxxxxx7877<br><br>Northern West Hospital<br>c/o Mark L. Nichter, P.C.<br>44 South Broadway<br>White Plains, NY 10601 | | W | Medical services | | | | 234.73 |

Sheet no. __1__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 34,267.91

B6F (Official Form 6F) (12/07) - Cont.

In re Arthur S Alvarado, Jr.,
Patty Alvarado

Case No. __12-23998-rdd__

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sovereign Bank<br>P.O. Box 12646<br>Reading, PA 19612 | | J | Business Debt | | | X | Unknown |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Total (Report on Summary of Schedules) **73,122.59**

B6I (Official Form 6I) (12/07)

In re  **Arthur S Alvarado, Jr.**
      **Patty Alvarado**                                                  Case No. **12-23998-rdd**
                            Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Grandmother<br>Son<br>Son<br>Son | AGE(S):<br>100<br>12<br>12<br>12 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Real Estate Development | Pharmacist |
| Name of Employer | Broad Brook Capital, LLC | CVS Pharmacy |
| How long employed | 2 Years | 18 Years |
| Address of Employer | 487 East Main Street<br>Suit 285<br>Mount Kisco, NY 10549 | 1827 Main Street<br>Peekskill, NY 10566 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 4,000.00 | $ 10,450.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 4,000.00 | $ 10,450.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 3,343.67 |
|    b. Insurance | $ 0.00 | $ 627.77 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify):   401K Ln Repay | $ 0.00 | $ 906.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 4,877.44 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 4,000.00 | $ 5,572.56 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify):   Wife's Sister's Contribution to Household Expenses | $ 0.00 | $ 2,000.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 2,000.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 4,000.00 | $ 7,572.56 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 11,572.56 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B 6 J (Official Form 6J) (12/07)

In re  Arthur S Alvarado, Jr.
       Patty Alvarado                                           Case No.  12-23998-rdd
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | Amount |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 9,593.05 |
| a. Are real estate taxes included?  Yes  X   No ___ | |
| b. Is property insurance included?  Yes  X   No ___ | |
| 2. Utilities: a. Electricity and heating fuel | $ 600.00 |
| b. Water and sewer | $ 0.00 |
| c. Telephone | $ 0.00 |
| d. Other  Internet, cable, phone package | $ 175.00 |
| 3. Home maintenance (repairs and upkeep) | $ 800.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 200.00 |
| 6. Laundry and dry cleaning | $ 20.00 |
| 7. Medical and dental expenses | $ 250.00 |
| 8. Transportation (not including car payments) | $ 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $ 0.00 |
| b. Life | $ 0.00 |
| c. Health | $ 0.00 |
| d. Auto | $ 40.00 |
| e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $ 0.00 |
| b. Other | $ 0.00 |
| c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  Equity Loan Payments | $ 800.00 |
| Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 13,428.05 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ 11,572.56 |
| b. Average monthly expenses from Line 18 above | $ 13,428.05 |
| c. Monthly net income (a. minus b.) | $ -1,855.49 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re   Arthur S Alvarado, Jr.
        Patty Alvarado
                                    Debtor(s)

Case No.   **12-23998-rdd**
Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __16__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __April 30, 2013__          Signature   __/s/ Arthur S Alvarado, Jr.__
                                             Arthur S Alvarado, Jr.
                                             Debtor

Date __April 30, 2013__          Signature   __/s/ Patty Alvarado__
                                             Patty Alvarado
                                             Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: Arthur S Alvarado, Jr.
Patty Alvarado
Debtor(s)

Case No. **12-23998-rdd**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: April 30, 2013         /s/ Arthur S Alvarado, Jr.
                             Arthur S Alvarado, Jr.
                             Signature of Debtor

Date: April 30, 2013         /s/ Patty Alvarado
                             Patty Alvarado
                             Signature of Debtor

ADVANTA BANK CORP.
PO. BOX 8088
PHILADELPHIA, PA 19101-8088

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270

CAPITAL ONE
P.O. BOX 21887
EAGAN, MN 55121

CAPITAL ONE BANK (USA), N.A.
P.O. BOX 71083
CHARLOTTE, NC 28272-1083

CHASE
CARDMEMBER SERVICE
P.O. BOX 15548
WILMINGTON, DE 19886-5548

CHASE
CARDMEMBER SERVICE
P.O. BOX 15153
WILMINGTON, DE 19886-5153

DISCOVER BANK
P.O. BOX 71084
CHARLOTTE, NC 28272-1084

DISCOVER BANK
C/O FORSTER & BARBUS LLP
60 MOTOR PARKWAY, PO BOX 9030
COMMACK, NY 11725-9030

NEWYORK-PRESBYTERIAN HOSPITAL
PO BOX 3475
TOLEDO, OH 43607

NORTHERN WEST HOSPITAL
C/O MARK L. NICHTER, P.C.
44 SOUTH BROADWAY
WHITE PLAINS, NY 10601

SOVEREIGN BANK
P.O. BOX 12646
READING, PA 19612


WELLS FARGO BANK, N.A.
P.O. BOX 536205
ATLANTA, GA 30353-6205