Margaret J. Cascino, Esquire
Stern & Eisenberg, PC
485 A US Highway Route 1 South, Suite 110
Iselin, New Jersey 08830
Telephone: (732) 582-6344
Facsimile: (732) 726-8719
(Counsel for Movant)

In The United States Bankruptcy Court
for the Southern District of New York

| In Re: | Chapter 7 |
|---|---|
| Arthur S. Alvarado, Jr., and Patty Alvarado | Bankruptcy Case: 12-23998 |
| Debtors. | Assigned to Bankruptcy Judge: Judge Robert D. Drain |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

TO THE DEBTORS, DEBTORS' ATTORNEY AND OTHER INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant, Capital One, N.A., in the above-captioned matter will move this Court for an Order granting relief from the automatic stay with respect to Movant's security interest on the real property located at ***150 Broad Brook Road, Bedford Hills, NY 10507*** owned by Debtors on the grounds set forth in the attached Motion for Relief from the Automatic Stay and granting attorneys' fees.

The Hearing date is scheduled for June 26, 2014 at 10:00am. Deadline for Opposition Papers: This motion is being heard on regular notice pursuant to the Local Bankruptcy Rules. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than Seven (7) Calendar Days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

            STERN & EISENBERG PC

BY: ***/s/Margaret J. Cascino, Esquire***
   Margaret J. Cascino, Esq.
   mcascino@sterneisenberg.com
   Stern & Eisenberg, PC
   485A Route 1 South, Suite 110
   Iselin, NJ 08830
   (732) 582-6344
   Fax: (732) 726-8719
   Counsel for Movant

DATE: 04/30/2014
Service List:

Mark S. Tulis
120 Bloomingdale Road
White Plains, NY 10605
*Chapter 7 Trustee*

Lawrence Morrison
87 Walker Street Floor 2
New York, NY 10013
*Attorney for Debtors*

Arthur S. Alvarado, Jr., and Patty Alvarado
150 Broad Brook Road
Bedford Hills, NY 10507
*Debtors*

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
*United States Trustee*