## Stern & Eisenberg, PC
Woodbridge Corporate Plaza
485 A Route 1 South, Suite 110
Iselin, NJ 08830
(732) 582-6344
www.sterneisenberg.com

June 23, 2014

Clerk of the Court
United States Bankruptcy Court
Southern District of New York

  Re: Capital One, N.A., v. Arthur S. Alvarado, Jr., and Patty Alvarado
  Case Number:  12-23998-RDD (SDNY)
  Subject:  **Creditor's Notice Withdrawing Motion for Relief from Automatic Stay**

To Whom It May Concern:

  Please Take Notice that Capital One, N.A., hereby withdraws the Motion for Relief that were filed on April 30, 2014 at Docket #47 without prejudice.

        STERN & EISENBERG, PC

    BY: */s/Margaret J. Casino, Esquire*
      ☒  MARGARET J. CASINO, ESQUIRE
      Stern & Eisenberg, PC
      Woodbridge Corporate Plaza
      485 A Route 1 South, Suite 110
      Iselin, NJ 08830
      mcasino@sterneisenberg.com
      Attorney for Movant

Date: June 23, 2014